# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| DARYL WALLACE, | |
| Plaintiff, | Case No. 2:17-cv-14230-SFC-APP |
| v. | Honorable Judge Sean F. Cox |
| BYTE SUCCESS MARKETING, LLC d/b/a USA HEALTH INITIATIVES, and PILLPACK, INC., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, DARYL WALLACE, ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants, BYTE SUCCESS MARKETING, LLC d/b/a USA HEALTH INITIATIVES, and PILLPACK, INC without prejudice with leave to reinstate through April 3, 2018. After April 3, 2018, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: February 9, 2018

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Eastern District of Michigan
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 150
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

\

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 9, 2018, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim